IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ATLANTIC CASUALTY <br> INSURANCE COMPANY, <br> *Plaintiff,* <br><br> v. <br><br> LR 2401 CLUB, LLC, <br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br> CIVIL ACTION NO. 4:21-cv-01211 |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE EWING WERLEIN, JR.:

Plaintiff Atlantic Casualty Insurance Company and Defendant LR 2401 Club, LLC have reached a settlement of all claims in this lawsuit. Having reached an agreement, the parties request (1) the Court's suspension of all deadlines that have not passed, and (2) thirty (30) days to finalize the settlement and dismissal with prejudice documents. All parties agree that each party will bear its own attorneys' fees and costs.

Respectfully submitted.

AGREED AS TO FORM AND SUBSTANCE:

*Camille Johnson*
Camille Johnson, attorney-in-charge
State Bar No. 10686600
S.D. Bar No. 16414
camille@ssjmlaw.com
SAVRICK, SCHUMANN, JOHNSON,
MCGARR, KAMINSKI & SHIRLEY, L.L.P.
4621 Ross Avenue, Suite 300
Dallas, Texas 75204
Tel: (214) 368-1515
Fax: (214) 292-9647
**COUNSEL FOR ATLANTIC CASUALTY INSURANCE COMPANY**

/s/ Bennett G. Fisher (with permission)
Bennett G. Fisher
State Bar No. 07049125
FISHER & ASSOCIATES
bgf@fisherlaw.net
1305 Prairie, Suite 200
Houston, Texas 77002
Tel: (713) 223-8400
Fax: (713) 609-7766
**COUNSEL FOR LR 2401 CLUB , LLC**

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing on June 17, 2021 with the Clerk of Court via the CM/ECF System, which will notify all counsel of record.

Bennett G. Fisher
FISHER & ASSOCIATES
1305 Prairie, Suite 200
Houston, Texas 77002
**COUNSEL FOR LR 2401 CLUB, LLC**

*Camille Johnson*
Camille Johnson