United States District Court
Southern District of Texas
**ENTERED**
June 28, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY, | § § § § § | |
| Plaintiff, | | |
| v. | § § § § § | CIVIL ACTION NO. 4:21-cv-01211 |
| LR 2401 CLUB, LLC, | | |
| Defendant. | | |

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

Plaintiff Atlantic Casualty Insurance Company and Defendant LR 2401 Club, LLC have informed the Court that all claims asserted by and between them have been settled. The parties request that the claims asserted by and between them be dismissed with prejudice. Accordingly, it is hereby:

ORDERED that the claims asserted by and between the parties are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs.

SIGNED this 28th day of June, 2021.

Ewing Werlein, Jr.
United States District Judge